# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARA UNDERWOOD, et. al.,**  *Plaintiffs*  v.  **KAB BUSINESS HOLDINGS, INC., et al.,**  *Defendants* | Case No. 5:20-cv-00881-JDW |

## ORDER

**AND NOW**, this 2nd day of October, 2020, it is **ORDERED** that Defendant Douglasville Entertainment, Inc.'s Motion to Dismiss (ECF No. 21) is **STRICKEN** for failure to comply with the meet and confer requirement set forth in Section II.B.4 of Judge Wolson's Policies and Procedures. Defendant is granted leave to comply with this requirement and re-file a Motion to Dismiss, if necessary, within ten (10) days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.