IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARA UNDERWOOD, et. al.,** *Plaintiffs,* v. **KAB BUSINESS HOLDINGS, INC., et al.,** *Defendants.* | Case No. 5:20-cv-00881-JDW |

## AMENDED JUDGMENT

**AND NOW**, this 3rd day of May, 2021, it is **ORDERED** that Paragraph A of the Final Consent Judgment (ECF No. 48) is **AMENDED** as follows: Judgment is entered in this action favor of Plaintiffs, Rosie Jones and Lucy Pinder, and against KAB Business Holdings, Inc. for all claims they have alleged in the Complaint, in the amount of eighty thousand dollars ($80,000.00), plus post-judgment interest beginning on the date this judgment is entered until final payment.  All other aspects of the Final Consent Judgment dated April 29, 2021 remain in effect.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.